# Court of Appeals
# of the State of Georgia

ATLANTA, June 19, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0354. JAMES WHITFIELD v. CITY OF ATLANTA.**

James Whitfield sued Secure Parking Enforcement LLC and the City of Atlanta after his vehicle was booted. Whitfield sought a judgment declaring that the City's municipal code § 162-261 is unconstitutional. The trial court granted the City's motion to dismiss. Whitfield subsequently obtained a judgment against Secure Parking Enforcement, and at hearing on those claims, the trial court made an explicit ruling that the challenged ordinance was constitutional. On appeal, Whitfield, appearing pro se, raises the trial court's ruling as to the constitutionality of the ordinance.

The Supreme Court of Georgia has "exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); see also Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1). Since this case involves a constitutional challenge to an ordinance, Whitfield's appeal is hereby TRANSFERRED to the Supreme Court for disposition. See *Jenkins v. State*, 284 Ga. 642, 644 (1) (670 SE2d 425) (2008) (by obtaining a distinct ruling from the trial court on a constitutional challenge to a statute and then raising the matter on appeal, a litigant invokes the Supreme Court's constitutional question jurisdiction).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/19/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*